UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIJAH SEANELL WILLIAMS, | No. EDCV 11-1088 SVW (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| A. HEDGPETH, Warden | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: April 16, 2013

STEPHEN V. WILSON
United States District Judge